IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: November 12, 2009

Deputy Clerk: LaDonne Bush
Court Reporter Suzanne Claar
Probation: Laura Ansart

Criminal Action No. 08-cr-00533-REB-2

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Stephanie Podolak |
| Plaintiff, | |
| v. | |
| 2.  DARIUS DELYON MOORE, | Nathan Chambers |
| Defendant. | |

### SENTENCING MINUTES

10:05 a.m.    Court in session.

Defendant is present in custody.

**On July 28, 2009, the defendant plead guilty to Count 1 of the Indictment.**

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addenda.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the

1

presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant.

The defendant is sworn and makes a statement.

Statement by counsel for the government.

The Court has considered all relevant matters of fact and law.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the Government's Motion for Sentence Reduction (Doc. 179) is granted;

3. That the Motion to Dismiss Remaining Counts (Doc. 180) is granted;

4. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 1 of the Indictment;

5. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 65 months;

6. That on release from imprisonment, the defendant shall be placed on supervised release for a term of five years;

7. That within 72 hours of his release from imprisonment, the defendant shall report in person to the United States Probation Department within the federal district to which he is released;

8. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d);

    - all standard conditions of supervised release imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate fully in the collection of a sample of his DNA;

    - that the defendant at his own expense and as directed by his supervising probation officer shall undergo an alcohol substance abuse evaluation and a mental health evaluation and thereafter, at his own expense, receive any treatment, therapy, counseling, testing or education, prescribed or recommended by those evaluations or as directed reasonably by his probation officer or as ordered by the Court; the defendant shall abstain from the use of alcohol and all other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; and to ensure continuity of treatment, the probation department is authorized to release all relevant records of the defendant, including medical records, mental health records and the presentence report to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, and education of the defendant;

9. That no fine is imposed;

10. That the defendant shall pay forthwith a special victim's fund assessment of $100.00;

11. That presentence confinement shall be determined by the Bureau of Prisons under 18 U.S.C. Section 3585; and

12. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

Court recommends that the Bureau of Prisons place the defendant in a Federal Correctional Institution within the state of Colorado to facilitate continued contact and communication between and among the defendant, his children, and his family, both immediate and extended.

10:50 a.m.    Court in recess.

Time: 00:45

Hearing concluded.